## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                                   CASE NO.  3:98cr108/LAC

JOHN WESLEY MONTGOMERY

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   July 15, 2005

Motion/Pleadings:  MOTION TO RELEASE DEFENDANT ON PRETRIAL RELEASE FOR PURPOSES OF ENTERING RESIDENTIAL DRUG TREATMENT PROGRAM (scheduled to enter on Monday, July 18, 2005 at 8:30am)

Filed by DEFENDANT   on 7/15/05   Doc.# 258

RESPONSES:

                                                 on _____   Doc.# _____
                                                 on _____   Doc.# _____

____ Stipulated     ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Mary Maloy-Wells

LC (1 OR 2)               Deputy Clerk: Mary Maloy-Wells

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 15th day of July, 2005, that:*

*(a) The relief requested is **GRANTED**.*

*(b) Defendant to be released Monday, July 18, 2005 at 7:30 AM to report immediately to the Lakeview Center in Pensacola. Defendant shall abide by all terms and conditions of his Supervised Release with the additional condition that Defendant remain confined to the grounds of the Lakeview Center during Defendant's treatment. Probation is to notify the Court when Defendant's treatment program ends so that the Court can schedule Defendant's case for sentencing.*

s/ L.A. Collier

**LACEY A. COLLIER**
*United States District Judge*

Entered On Docket: _____ By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.